# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **Lakeith Nelson,**<br>*Plaintiff* | § | |
| **v.** | § | **No. 1:26-cv-02565-DAE-SH** |
| **Commissioner of the Social Security Administration,**<br>*Defendant* | § | |

## ORDER

Before the Court are Plaintiff Lakeith Nelson's Application to Proceed in District Court without Prepaying Fees or Costs (Dkt. 1) and Complaint (Dkt. 1-1), both filed September 17, 2026.[1]

Nelson seeks judicial review of a final decision by the Commissioner under 42 U.S.C. § 405(g). Dkt. 1-1 at 1. Section 405(g) provides that such action "shall be brought in the district court of the United States for the judicial district in which the plaintiff resides." *Id.* Nelson alleges: "This action is instituted in the District Court of the United States of the Judicial District in which Plaintiff resides in Dallas, Texas." Dkt. 1-1 at 2. Dallas is in the Northern District of Texas.

The Court **ORDERS** that Nelson show cause in writing by **November 5, 2026**, why this case should not be transferred to the Northern District of Texas.

**SIGNED** on October 22, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

[1] The Honorable David A. Ezra referred this case to this Magistrate Judge for disposition of all non-dispositive pretrial matters and findings and recommendations on all case-dispositive motions, pursuant to 28 U.S.C. § 636(b), Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and the Court Docket Management Standing Order for United States District Judge David A. Ezra. Dkt. 2.